# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0027. MEACHUM v. REGENCY HILLS COMMUNITY ASSOCIATION, INC.

On August 25, 2016, appellant was ordered to file a brief and enumeration of errors no later than September 6, 2016. To date, appellant has not filed a brief and enumeration of errors, and no extension of time for filing has been granted. Accordingly, Case Number A17A0027 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/10/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*